1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE L. HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  JEFFREY D. NEDROW (CABN 161299)
   Assistant United States Attorney
5
          150 Almaden Boulevard, Suite 900
6         San Jose, California 95113
          Telephone: (408) 535-5045
7         FAX: (408) 535-5066
          Email: jeff.nedrow@usdoj.gov
8

9  Attorneys for United States of America

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                          SAN JOSE DIVISION

13

| UNITED STATES OF AMERICA, | ) CASE NO.: CR 5:93-MJ-00105-PSG |
|---|---|
| Plaintiff, | ) |
| | ) NOTICE OF DISMISSAL |
| v. | ) |
| | ) |
| JOSE GUADALUPE AMEXCUA, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |

   With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above complaint against Jose Guadalupe Amexcua without prejudice, and moves that the Court quash the arrest warrant issued in connection with the complaint in this case against Jose Guadalupe Amexcua.

   //
   //
   //
   //

                                    1

| | | |
|---|---|---|
| 1 | DATED: May 21, 2021 | Respectfully submitted, |
| 2 | | STEPHANIE M. HINDS<br>Acting United States Attorney |
| 3 | | |
| 4 | | _____/s/_____<br>JEFFREY D. NEDROW |
| 5 | | Assistant United States Attorney |

Leave is granted to the government to dismiss the complaint against Jose Guadalupe Amexcua. It is further ordered that the arrest warrant issued in connection with the complaint is quashed.

IT IS SO ORDERED.
Date: May 25, 2021

HON. KANDIS A. WESTMORE
United States Magistrate Judge